UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Maria E. Martinez                                     Case No: 13-18330-LMI
                                                               Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property held by Bank of America was sent to all interested parties on July 17, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Maria Martinez
375 West 54th Street
Hialeah, FL 33012

Bank of America
c/o Prober & Rafael, a Law Corporation
20750 Ventura Boulevard
Suite 100
Woodland Hills, CA 91364

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161