**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
SECOND AMENDED PLAN

DEBTOR: Maria E. Martinez    JOINT DEBTOR: _____ CASE NO.: 13-18330-LMI
Last Four Digits of SS# 0852    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 260.50 for months 1 to 36 ; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 3,650.00 +$750.00 (Motion to Value)=$4,400.00 TOTAL PAID $ 2,000.00
            Balance Due    $ 2,400.00 payable $160.00/month (Months 1 to 15)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____/month (Months ____ to ____)
         _____    Regular Payment   $ _____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America | Homestead: 375 West 54th Street, Hialeah, FL 33012 $165,000.00 | 0% | NONE | NONE | None |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. NONE _____    Total Due $ _____
                               Payable    $ _____/month (Months ____ to ____) Regular Payment $ __

<u>Unsecured Creditors</u>: Pay $ 74.45/month (Months 1 to 15); Pay $234.45 (Months 16 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying Seterus and Nissan Motor Acceptance Corporation directly outside the plan. Debtor assumes the lease with Nissan Motor Acceptance Corporation.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Maria Martinez_____    _____
Debtor                                                                 Joint Debtor
Date: 7-18-13                                                    Date: _____

LF-31 (rev. 01/08/10)